Disability award unanimously affirmed. Award for death benefits reversed and claim remitted to the State Industrial Board, on the ground that failure to give written notice of death is not properly excused. Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of Proving the Last Will and Testament of EMANUEL VOLK, Deceased; ALEXINA SIROIS, Appellant; PHILIP FEHL, Respondent.— Decree affirmed, with costs. Van Kirk, Acting P. J., McCann, Davis and Whitmyer, JJ., concur; Hinman, J., dissents.

In the Matter of the Estate of JOHN F. BRENNEN, Deceased.— Decree unanimously affirmed, with costs against the appellant Clarence H. Seaman. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD J. O'BRIEN, Appellant.— Judgment of conviction unanimously affirmed. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE GEHM, Appellant.— The order of filiation is reversed on the facts, on the ground that the finding of fact that the defendant Clarence Gehm is the father of the child born to Emma Ryder is against the evidence and contrary to the weight thereof. (*Drummond* v. *Dolan*, 155 App. Div. 449; *Drummond* v. *Zucker*, 157 id. 728; *Commissioner of Public Charities* v. *O' Keefe*, 180 id. 667.) This court disapproves such finding. A new trial is ordered and the matter remitted to the Children's Court of the county of Broome. Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

REGINA ROSTEK, an Infant, by ALEXANDER ROSTEK, Her Guardian ad Litem, Respondent, v. ANGELO MASTRIANNI and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, Acting P. J., Hinman, McCann and Davis, JJ.; Whitmyer, J., not sitting.

THOMAS H. RILEY, as Administrator, etc., of THOMAS H. RILEY, JR., Deceased, Respondent, v. MARIE WEISEL and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

ARTHUR SCULLY, an Infant, by ELIZABETH SCULLY, His Guardian ad Litem, Respondent, v. WILLIAM KALE, Appellant. ELIZABETH SCULLY, Respondent, v. WILLIAM KALE, Appellant.— Judgments unanimously affirmed, with one bill of costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

FRANCIS BERNARD TRACEY, an Infant, by ANNA TRACEY, His Guardian ad Litem, Appellant, v. ALEXANDER BORCZAK and Another, Respondents.— Appeal from order granting new trial on the ground of newly-discovered evidence dismissed, without costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

FRANCIS BERNARD TRACEY, an Infant, by ANNA TRACEY, His Guardian ad Litem, Respondent, v. ALEXANDER BORCZAK and Another, Appellants.— Judgment and order reversed, and new trial granted, with costs to the appellants to abide the event, on the ground that the persistent effort of plaintiff's attorney to introduce proof of repairs to the coal hole was prejudicial. Van Kirk, Acting P. J., Hinman and Whitmyer, JJ., concur; McCann and Davis, JJ., dissent and vote for affirmance.